AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><u>   SALVADOR NOLASCO ROMERO   </u><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  2:22-mj-00798-VCF |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Cam Ferenbach , U.S. Magistrate Judge | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | October 14, 2022 at 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The defendant is to appear via video conference.

Date:  October 13, 2022

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*